**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR422** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **KATHLEEN PALMA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's oral motion to dismiss the Second Superseding Indictment as against the Defendant, Kathleen Palma.

IT IS ORDERED:

1.  The Plaintiff's oral motion to dismiss is granted; and

2.  The Second Superseding Indictment is dismissed only as against the Defendant, Kathleen Palma.

DATED this 6th day of December, 2005.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge